**EXHIBIT "A"**

6

| DOE# | IP Address | Date & Time | File Hash | Title | ISP | P2P Protocol |
|---|---|---|---|---|---|---|
| 1 | 76.160.29.43 | 10/13/10 1:30 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Cavalier Telephone | BitTorrent |
| 2 | 98.140.20.158 | 10/9/10 10:55 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Cavalier Telephone | BitTorrent |
| 3 | 75.95.81.201 | 10/2/10 12:46 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Clearwire Corporation | BitTorrent |
| 4 | 76.111.19.70 | 10/28/10 1:22 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Comcast Cable | BitTorrent |
| 5 | 174.66.7.98 | 10/25/10 4:27 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Cox Communications | BitTorrent |
| 6 | 68.10.0.243 | 11/5/10 1:13 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Cox Communications | BitTorrent |
| 7 | 68.10.102.22 | 10/20/10 11:44 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Cox Communications | BitTorrent |
| 8 | 68.10.247.139 | 10/25/10 12:23 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Cox Communications | BitTorrent |
| 9 | 68.100.95.154 | 11/18/10 7:35 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Cox Communications | BitTorrent |
| 10 | 68.226.66.241 | 10/8/10 12:28 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Cox Communications | BitTorrent |
| 11 | 68.230.205.71 | 10/13/10 10:46 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Cox Communications | BitTorrent |
| 12 | 68.96.7.78 | 10/13/10 4:32 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Cox Communications | BitTorrent |
| 13 | 70.160.110.135 | 10/10/10 9:29 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Cox Communications | BitTorrent |
| 14 | 70.160.161.105 | 11/18/10 11:39 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Cox Communications | BitTorrent |
| 15 | 70.160.166.120 | 10/7/10 6:32 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Cox Communications | BitTorrent |
| 16 | 70.161.145.16 | 10/20/10 4:33 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Cox Communications | BitTorrent |
| 17 | 70.161.211.45 | 10/28/10 8:10 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Cox Communications | BitTorrent |
| 18 | 70.179.71.141 | 10/8/10 2:14 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Cox Communications | BitTorrent |
| 19 | 72.205.13.6 | 11/27/10 5:20 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Cox Communications | BitTorrent |
| 20 | 98.163.100.102 | 10/14/10 9:01 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Cox Communications | BitTorrent |
| 21 | 98.163.75.183 | 9/28/10 5:27 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Cox Communications | BitTorrent |
| 22 | 98.166.101.247 | 9/28/10 8:36 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Cox Communications | BitTorrent |
| 23 | 98.166.24.212 | 10/4/10 7:51 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Cox Communications | BitTorrent |
| 24 | 98.166.57.33 | 11/22/10 2:10 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Cox Communications | BitTorrent |
| 25 | 98.166.60.122 | 10/29/10 2:39 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Cox Communications | BitTorrent |
| 26 | 98.169.222.43 | 10/13/10 1:42 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Cox Communications | BitTorrent |
| 27 | 98.183.192.103 | 9/28/10 1:58 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Cox Communications | BitTorrent |
| 28 | 108.56.166.59 | 10/4/10 1:42 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 29 | 173.50.77.46 | 10/18/10 4:09 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 30 | 173.66.48.24 | 10/12/10 3:48 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 31 | 173.66.79.113 | 10/23/10 10:39 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | 173.71.205.197 | 10/30/10 6:32 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 33 | 173.73.117.250 | 10/4/10 12:32 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 34 | 173.73.152.163 | 10/18/10 9:16 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 35 | 173.73.99.236 | 9/28/10 3:51 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 36 | 173.79.89.239 | 11/9/10 3:01 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 37 | 70.109.55.93 | 10/11/10 1:39 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 38 | 71.171.100.219 | 10/2/10 8:44 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 39 | 71.176.232.127 | 11/14/10 6:06 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 40 | 71.241.234.99 | 11/24/10 10:15 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 41 | 71.253.248.224 | 11/14/10 9:03 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 42 | 71.254.43.42 | 10/3/10 2:23 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 43 | 74.110.111.12 | 10/1/10 12:38 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 44 | 74.110.191.214 | 11/12/10 12:59 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 45 | 74.98.160.70 | 10/4/10 4:43 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 46 | 96.238.185.130 | 10/1/10 12:13 AM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |
| 47 | 96.249.227.42 | 11/11/10 4:34 PM | LQBOYSWCLI5HJTVFRWFCBJKE55NRPJ23 | ASIAN BOOTY | Verizon Internet Services | BitTorrent |