**EXHIBIT "B"**

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = asian booty
Search Results: Displaying 1 of 2 entries





### ASIAN BOOTY.

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001705826 / 2010-09-22
**Application Title:** ASIAN BOOTY.
**Title:** ASIAN BOOTY.
**Description:** Videodisc (DVD)
**Copyright Claimant:** PATRICK COLLINS, INC. Address: 8015 Deering Ave., Canoga Park, CA, 91304, United States.
**Date of Creation:** 2010
**Date of Publication:** 2010-06-06
**Nation of First Publication:** United States
**Authorship on Application:** PATRICK COLLINS, INC., employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** PATRICK COLLINS, INC.