FILED

UNTED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **DIGITAL CONTENT, INC.** | | 2010 DEC -7  P 2: 04 |
| **A WYOMING CORPORATION** | * | |
| | | CLERK US DISTRICT COURT |
| **Plaintiff,** | * | ALEXANDRIA, VIRGINIA |
| v. | * | C.A. NO.: 1:10cv1386 |
| **DOES 1 – 47** | * | **JURY DEMAND** |
| **Defendants.** | * | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1(A) for the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, DIGITAL CONTENT, INC., Plaintiff in the above captioned action, certifies that it has no parent corporation and that there is no publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

DIGITAL CONTENT, INC.

**DATED: December 7, 2010**

By: _____
Charles C. Maddox, Esquire #40365

_____
Jon A. Hoppe, Esquire
Counsel
Maddox, Hoppe, Hoofnagle &
Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580