## MOTION HEARING

Date: 12/17/10

Start: 10:26
Finish: 10:40

Judge: JOHN F. ANDERSON
Reporter: FTR
Deputy Clerk: Dianne Hooks

Civil Action Number: 1:10cv1386

Digital Content, INC

vs.

1-47 ✓

Appearance of Counsel for (✓)Pltf  (✓) Deft
(✓) Matter is Uncontested
Motion to/for: TO TAKE DISCOVERY

Argued &
(  ) Granted  (✓)Denied  (  ) Granted in part/Denied in part
(  ) Taken Under Advisement  (  ) Continued to

(  ) Report and Recommendation to Follow
(✓) Order to Follow